UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE MEITZENHEMIER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>V. M. ALMAGER,<br><br>　　　　　Respondent._____/ | 1: 08 CV 01256  WMW HC<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>[Doc. 18] |

　　　　Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254.  On October 21, 2008, Petitioner filed a motion for the appointment of counsel.

　　　　There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), *cert. denied*, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), *cert. denied,* 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See, Rule 8(c), Rules Governing Section 2254 Cases.  In the instant case, the

1  Court does not find that the interests of justice would be served by the appointment of counsel at this
2  time.  Accordingly, the motion for appointment of counsel is DENIED.
3
4  IT IS SO ORDERED.
5  Dated:     December 1, 2008                              /s/  William M. Wunderlich
                                                       UNITED STATES MAGISTRATE JUDGE