IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAUDE MEITZENHEMIER,** | 1: 08 CV 01256 WMW HC |
| Petitioner, | **ORDER** |
| v. | |
| **V. M. ALMAGER,** | |
| Respondent. | |

    IT IS HEREBY ORDERED that the application for first enlargement of time within which to file an Answer to the petition for writ of habeas corpus be granted enlarging by thirty (30) additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including February 2, 2009, to file such pleading.

IT IS SO ORDERED.

**Dated:     January 12, 2009**             /s/  William M. Wunderlich
                                                           UNITED STATES MAGISTRATE JUDGE