1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13

| | |
|---|---|
| CLAUDE MEITZENHEMIER,         ) | 1:08-cv-01256 YNP DLB (HC) |
|          ) | |
|      Petitioner,    ) | |
|          ) | ORDER DENYING PETITIONER'S |
|    v.        ) | MOTION TO FILE POINTS AND |
|          ) | AUTHORITIES IN EXCESS OF 10 PAGES |
| V.M. ALMAGER,       ) | |
|          ) | [Doc. #31] |
|      Respondent.   ) | |
| _____) | |

14
15
16
17

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On March 23, 2009, Petitioner filed a motion requesting the Court's leave to file a points and authorities in excess of ten pages.  Respondent has already filed and answer to the petition (Doc. #27) and Petitioner filed a traverse (Doc. #30).  Petitioner has already had sufficient opportunity to argue his case in his petition and traverse.  Furthermore, Petitioner has not presented the Court with any good cause as to why more pleadings on this matter are necessary.  Accordingly, Petitioner's motion is hereby DENIED.

     IT IS SO ORDERED.

     **Dated:**   **June 24, 2009**             **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

27
28